**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

5:20-cv-1045

| | | |
|---|---|---|
| **SANBUCO, INC. DOING BUSINESS** | § | |
| **AS HAPPY HOUND GROOMING** | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **MASSACHUSETTS BAY INSURANCE** | § | |
| **COMPANY, GOVERNOR** | § | |
| **INSURANCE AGENCY, INC.,** | § | |
| **HANOVER INSURANCE GROUP,** | § | |
| **INC. AND JEANNE MUGAN** | § | **[JURY DEMANDED]** |
| *Defendants.* | § | |

**DEFENDANTS', MASSACHUSETTS BAY INSURANCE COMPANY,**
**HANOVER INSURANCE GROUP, INC., AND JEANNE MUGAN,**
**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants, Massachusetts Bay Insurance Company ("Mass Bay"), Hanover Insurance Group, Inc. ("Hanover"), and Jeanne Mugan ("Mugan") (collectively "Defendants") file their Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446:

## I.    PROCEDURAL HISTORY

1.     On July 27, 2020, Plaintiff, Sanbuco, Inc. doing business as Happy Hound Grooming ("Plaintiff") filed its Original Petition and initiated an action against *Defendants, Massachusetts Bay Insurance Company, Governor Insurance Agency, Inc., Hanover Insurance Group, Inc., and Jeanne Mugan*, in the 57th Judicial District Court of Bexar County, Texas, in Cause No. 2020CI13669 (the "State Court Action").   *See* Exhibit "A" attached hereto and incorporated herein by reference.

2.     Defendant, Mass Bay, was served on or about August 10, 2020, with a copy of the Summons of Citation and Plaintiff's Original Petition. Defendant, Hanover, was served on or

1

about August 10, 2020, with a copy of the Summons of Citation and Plaintiff's Original Petition. Defendant, Jeanne Mugan, was served on August 10, 2020, with a copy of the Summons of Citation and Plaintiff's Original Petition. Defendant, Governor Insurance Agency, Inc., was served on August 27, 2020.  *See* Exhibit "B" for a copy of the Citations attached hereto and incorporated herein by reference.

3.     Defendants, Mass Bay, Hanover, and Mugan, filed an Answer in the State Court Action on August 31, 2020.  *See* Exhibit "C" attached hereto and incorporated herein by reference.

4.     Defendant, Governor Insurance Agency, Inc. filed an Answer in the State Court Action on August 31, 2020.  *See* Exhibit "D" attached hereto and incorporated herein by reference.  Governor Insurance Agency, Inc. consents to the this removal to federal court.

5.     Defendants' Notice of Removal was filed on September 2, 2020, which is within the thirty-day statutory time period for removal allowed under 28 U.S.C. §1446(b).

## II.     FACTUAL BACKGROUND

6.     This suit concerns a first-party claim submitted under a Businessowners Policy issued by Mass Bay to Plaintiff. Plaintiff claims loss or damages associated with the COVID-19 pandemic, including losses purportedly resulting from shutdown orders issued by city, county, and state officials and losses purportedly stemming from "consumer fear of the virus."

7.     Mass Bay denied coverage for Plaintiff's claims and, subsequently, Plaintiff filed this suit for declaratory relief, breach of contract, violations of Chapter 541 of the Texas Insurance Code, violations of Chapter 542 of the Texas Insurance Code, breach of the duty of good faith and fair dealing, and civil conspiracy. Plaintiff seeks relief in excess of $1,000,000.

### III.     DIVERSITY JURISDICTION

8.     Plaintiff, Sanbuco, Inc. doing business as Happy Hound Grooming, is a corporation formed under the laws of Texas with its principal place of business in the State of Texas.  Sanbuco, Inc. is a citizen of the State of Texas.

9.     Defendant, Massachusetts Bay Insurance Company, is an insurer incorporated under the laws of the State of New Hampshire and with its principal place of business in the Commonwealth of Massachusetts, and thus is a citizen of both of those states.

10.     Defendant, Governor Insurance Agency, Inc., is a corporation, duly authorized and existing under the laws of the State of Ohio, with its principal place of business in the State of Ohio. Governor Insurance Agency, Inc. is a citizen of the State of Ohio.

11.     Defendant, Hanover Insurance Group, Inc, is a Delaware corporation, duly authorized and existing under the laws of the State of Delaware, with its principal place of business in the Commonwealth of Massachusetts, and thus, is a citizen of both of those states.

12.     Defendant, Jeanne Mugan, is a citizen of the State of New York where she makes her residence.

13.     Removal is proper because there is complete diversity between the parties.

14.     Venue is proper in the Western District of Texas, San Antonio Division, because the Plaintiff's Business and Property made the subject of the suit is located in Bexar County and within the San Antonio Division.

15.     The "matter in controversy" under 28 U.S.C. § 1332(a) is determined by reference to the plaintiff's pleadings.  The damages the plaintiff claims in its petition, if apparently claimed in good faith, are controlling.  *St. Paul Mercury Indem. Co. v. Red Cab Co*., 303 U.S. 283, 288 (1938).  Plaintiff has pled in its prayer that it seeks damages in excess of $1,000,000.00.  See

Exhibit "A."  Thus, the total economic damages and attorneys' fees being sought exceeds the

$75,000 jurisdictional minimum amount in controversy.

## IV.    INFORMATION FOR THE CLERK

16.     Plaintiff:  Sanbuco, Inc. doing business as Happy Hound Grooming

17.     Defendants:  Massachusetts Bay Insurance Company, Governor Insurance

Agency, Inc., Hanover Insurance Group, Inc., and Jeanne Mugan.

18.     The case is pending in the 57TH Judicial District Court of Bexar County:

> Honorable Judge Antonia Arteaga
> Bexar County District Civil Courthouse
> 100 Dolorosa, 4th Floor
> San Antonio, TX  78205
> Telephone:  (210) 335-2531

19.     Pursuant to 28 U.S.C. §1446(a), Defendants have attached copies of all processes

and pleadings served upon it in the state court action.  No further proceedings have been had

therein.  Pursuant to Local Rule 81, a copy of the trial court's docket sheet is attached as Exhibit

"E" and an Index of Matters Being Filed is attached.

20.     Counsel for Plaintiff, Sanbuco, Inc. doing business as Happy Hound Grooming:

> Demetrio Duarte, Jr.; TBN: 06144125
> DUARTE & MOLINA, P.C.
> 2200 Warner
> San Antonio, Texas 78201
> Phone:  210-737-6676
> Facsimile:  210-733-6181
> E-mail:  paralegal@duartemolinalaw.com

21.     Counsel for Defendants, Massachusetts Bay Insurance Company, Hanover

Insurance Group, Inc., and Jeanne Mugan:

> Peri H. Alkas; TBN: 00783536
> PHELPS DUNBAR LLP
> 500 Dallas, Suite 1300
> Houston, Texas  77002

- 4 -

Phone:        713-626-1386
Facsimile:    713-626-1388
E-Mail: peri.alkas@phelps.com

22.    Counsel for Defendant, Governor Insurance Agency, Inc.

Robert A. Bragalone; TBN: 02855850
John Mitchell Nevins; TBN: 14935800
GORDON & REES
2200 Ross Ave., Suite 3700
Dallas, Texas 75201
Phone:        214-231-4660
Facsimile:    214-461-4053
E-Mail:        BBragalone@grsm.com
              JNevins@grsm.com

***Jury Demand***

23.    Defendants, Mass Bay, Hanover, and Mugan, demanded a jury trial in state court and request a trial by jury in federal court as well.

***Miscellaneous***

24.    On the same day this Notice of Removal was filed, Defendants filed notice of this removal in the State Court Action.  A copy of this Notice of Removal filed in the State Court Action is attached as Exhibit "E."

25.    Because none of the Defendants are citizens of the State of Texas or otherwise reside in the State of Texas, and because the amount in controversy exceeds $75,000, the Court has subject matter jurisdiction based on diversity of citizenship and residency.  28 U.S.C. §1132. As such, this removal action is proper.

WHEREFORE, Defendants, Massachusetts Bay Insurance Company, Hanover Insurance Group, Inc., and Jeanne Mugan, respectfully request that the above-entitled action be removed from the 57TH District Court of Bexar County, Texas, to the United States District Court for the Western District of Texas, San Antonio Division.

PD.29506923.1

Respectfully submitted,


By:___ */s/ Peri H. Alkas*_____

       Peri H. Alkas
       ATTORNEY-IN-CHARGE
       State Bar No. 00783536
       Federal Bar No. 15785
       PHELPS DUNBAR, LLP
       500 Dallas, Suite 1300
       Houston, Texas 77002
       Telephone (713) 626-1386
       Facsimile (713) 626-1388
       Email:  peri.alkas@phelps.com

**ATTORNEY-IN-CHARGE FOR DEFENDANTs,
MASSACHUSETTS BAY INSURANCE COMPANY,
HANOVER INSURANCE GROUP, INC., AND
JEANNE MUGAN**

PD.29506923.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all known counsel of record as listed below by placing a copy of same in the United States mail, certified, return receipt requested, electronically, and/or hand delivery on September 3, 2020.

Demetrio Duarte, Jr.
DUARTE & MOLINA, P.C.
2200 Warner
San Antonio, Texas 78201

paralegal@duartemolinalaw.com
AND/OR CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Robert A. Bragalone
John Mitchell Nevins
GORDON & REES
2200 Ross Ave., Suite 3700
Dallas, Texas 75201

BBragalone@grsm.com
JNevins@grsm.com
AND/OR CERTIFIED MAIL, RETURN RECEIPT REQUESTED

*/s/ Peri H. Alkas*
Peri H. Alkas

PD.29506923.1